STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

CYNTHIA L. STIER (DCBN 423256)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-4395
    Telephone: (415) 436-7000
    Email: Cynthia.stier@usdoj.gov

Attorneys for United States of America

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 15-274-SI |
|     Plaintiff, | |
| v. | NOTICE OF DISMISSAL AND [~~PROPOSED~~] ORDER OF DISMISSAL |
| CALVIN Q. MEI, | |
|     Defendant. | |

    The United States Attorney for the Northern District of California, respectfully requests leave of the Court, pursuant to Federal Rule of Criminal Procedure 48(a), to dismiss the Indictment in the above referenced case against Calvin Q. Mei, and moves that the Court quash the arrest warrant issued in connection with the Indictment.

DATED: May 6, 2022

                                          Respectfully submitted,

                                          STEPHANIE M. HINDS
                                          United States Attorney

                                          *Thomas A. Colthurst*
                                          /s/
                                          THOMAS A. COLTHURST
                                          Chief, Criminal Division

[PROPOSED] ORDER OF DISMISSAL

Leave is granted to the government to dismiss the Indictment against Calvin Q. Mei. It is further ordered that the arrest warrant issued in connection with the Indictment in this case is quashed.

Date: May 17, 2022

_____
Hon. SUSAN ILLSTON
United States District Judge